# LANKLER SIFFERT & WOHL LLP

500 FIFTH AVENUE
NEW YORK, N.Y. 10110
+1.212.921.8399
WWW.LSWLAW.COM

WRITER'S DIRECT CONTACT:
+1.212.930.1203
MCOOGAN@LSWLAW.COM

November 29, 2022

BY ECF

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:   *Onyx Renewable Partners L.P. v. Hilary Kao*, No. 22 Civ. 3720 (RA)

Dear Judge Abrams:

We represent Defendant Hilary Kao in the above action and write respectfully on behalf of both parties to request a postponement of the Court's telephonic conference scheduled for 2 p.m. today.

Since filing our November 18 letter (ECF No. 34) seeking a telephonic conference to discuss the parties' proposed adjournment of discovery pending the Court's decision on Defendant's motion to dismiss, a discovery-related issue has arisen that, if not resolved, may impact the parties' ability to agree on a discovery adjournment. While the parties are hopeful that they will be able to resolve the issue without burdening the Court with it, they have been unable to do so in the time before today's conference.

Accordingly, the parties respectfully request that the Court postpone today's conference until next Monday, December 5 (any time), or Tuesday, December 6 (afternoon).

Respectfully,

Matthew G. Coogan

cc:   Counsel of Record (via ECF)

Application granted.  The telephonic conference is adjourned to Tuesday, December 6, at 1:30 p.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
11/29/2022