# Morgan Lewis

**Benjamin Jacobs**
Partner
+1. 215.963.5651
benjamin.jacobs@morganlewis.com

December 5, 2022

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
USDC, Southern District of NY
40 Foley Square, Room 2203
New York, NY 10007

Re:   <u>Onyx Renewable Partners L.P. v. Hilary Kao</u>, No. 22 Civ. 3720 (RA)

Dear Judge Abrams,

We write on behalf of Plaintiff Onyx Renewable Partners L.P. On November 29, 2022, the parties requested a one week adjournment of the Court's telephonic conference scheduled for that same day to allow the parties to attempt to resolve a discovery-related issue which would have impacted the parties ability to agree on a discovery adjournment which was to be the subject of the conference with the Court. The Court then adjourned the conference to December 6 at 1:30 pm.

Plaintiff respectfully requests a further one week adjournment of this conference to attempt to resolve the discovery related issue with Defendant and Defendant consents to this request. Accordingly, the parties respectfully request that the Court postpone the conference on December 6 to Monday, December 12 (morning), Wednesday, December 14 (morning) or Thursday, December 15 (any time).

Plaintiff thanks the Court for its patience and consideration of this request.

Sincerely,

/s/ Benjamin K. Jacobs

Application granted. The conference is adjourned to Thursday, December 15 at 3:45 p.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#.

SO ORDERED.

_____
Hon. Ronnie Abrams
United States District Judge
12/6/2022