UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ONYX RENEWABLE PARTNERS LP, | No. 22-CV-3720 (RA) |
| Plaintiff, | |
| v. | ORDER |
| HILARY KAO, | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

    Pending before the Court is Defendant's motion to dismiss this action. Oral argument on the motion shall be held on January 12, 2023 at 11:00 a.m. in Courtroom 1506 of the Thurgood Marshall Courthouse at 40 Foley Square.

SO ORDERED.

Dated:    January 5, 2023
             New York, New York

                                              Hon. Ronnie Abrams
                                              United States District Judge