# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Ilissa Samplin
Direct: +1 213.229.7354
Fax: +1 213.229.6354
lSamplin@gibsondunn.com

May 30, 2023

<u>VIA ECF</u>
Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

**Re:   Onyx Renewable Partners L.P. v. Hilary Kao; Case No. 1:22-cv-03720-RA**
<u>**Joint Notice of Settlement and Request for a Stay**</u>

Dear Judge Abrams:

We represent Plaintiff/Counterclaim-Defendant Onyx Renewable Partners L.P. ("Plaintiff") and Counterclaim-Defendants Alfred Wang and ORP Joint Holdings GP LLC ("Counterclaim-Defendants") in the above referenced matter. On behalf of Plaintiff, Counterclaim-Defendants, and Defendant/Counterclaim-Plaintiff Hilary Kao, we hereby inform the Court that the parties have reached a settlement. We anticipate that the parties will effectuate the settlement in this case and file a stipulation of dismissal with prejudice on or before June 7, 2023.

Given that the parties have agreed to resolve the litigation, we respectfully request that this Court adjourn all pending dates *sine die* and provide the parties until June 7, 2023 to file their anticipated stipulation of dismissal.

We thank the Court for its attention to this matter.

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
United States District Judge
05/31/2023

Respectfully submitted,

*/s/ Ilissa Samplin*

Ilissa Samplin

cc:   All counsel of record (*via* ECF)

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.